# UNITED STATES BANKRUPTCY COURT

In Re: _____ Alvarez, MAria E _____  Case No. _____

Debtor

(if known)

Chapter _____ 13 _____

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1.   In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to $ 281.00 in installments.

2.   I am unable to pay the filing fee except in installments.

3.   Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

4.   I propose the following terms for the payment of the Filing Fee.*

| $ 70.25 | Check one | ☒ | With the filing of the petition, or |
| | | ☐ | On or before |

$ 70.25 _____ on or before 06/15/2014 _____

$ 70.25 _____ on or before 07/15/2014 _____

$ 70.25 _____ on or before 08/15/2014 _____

*   The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5.   I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____          _____ _____ 5/14/2014
Signature of Attorney          Date          Signature of Debtor          Date

_____          _____
Name of Attorney          Signature of Joint Debtor          Date

# FILED

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

## MAY 1 4 2014

JEFFREY P. ALLSTEADT, CLERK
DEPUTY CLERK - LD